# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| **ADRIAN NATHANIEL BACON,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:18CV00262 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **J. CURRY, ET AL.,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| Defendants. | ) | |

It appearing that no objections have been timely filed to the Report entered December 12, 2019, setting forth the findings and recommendations of the magistrate judge, it is **ORDERED** as follows:

1. The Report and its findings and recommendations are wholly ACCEPTED and APPROVED;

2. The court finds that it has been proved that the plaintiff failed to exhaust his available administrative remedies as to his remaining claim against defendant Curry, in accord with 42 U.S.C. § 1997e(a), thus requiring dismissal of this action with prejudice; and

3. Defendant's Motion for Summary Judgment as to defendant Curry, ECF No. 16, is GRANTED.

A final judgment will be entered herewith.

ENTER: January 28, 2020

/s/ JAMES P. JONES
United States District Judge